No. 83–6435.   CARTER *v.* CITY OF BIRMINGHAM ET AL.   Sup. Ct. Ala.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 83–1000.   J. D. COURT, INC. *v.* UNITED STATES, 466 U. S. 927.   Petition for rehearing denied.

No. 82–6591.   WILSON *v.* UNITED STATES, 464 U. S. 867.   Motion for leave to file petition for rehearing denied.

MAY 29, 1984

No. 83–1320.   BELL *v.* TOWNSHIP OF EAGLESWOOD.   Appeal from Super. Ct. N. J., App. Div., dismissed for want of substantial federal question.

No. 83–1479.   AYERS ET AL. *v.* WINTER ET AL.   Appeal from D. C. N. D. Miss.   Judgment vacated and case remanded for entry of a fresh judgment from which a timely appeal may be taken to the United States Court of Appeals for the Fifth Circuit.

No. 83–1287.   STRICKLAND, WARDEN, ET AL. *v.* KING.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Strickland* v. *Washington*, 466 U. S. 668 (1984).